**Jan F. BECKER, Petitioner–Appellant,**

v.

**HUDSON, Warden, Respondent–Appellee.**

**No. 08–6722.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 11, 2008.

Jan F. Becker, Appellant Pro Se.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jan F. Becker seeks to appeal the district court's order transferring his 28 U.S.C. § 2254 (2000) petition to the United States District Court for the Northern District of Ohio, the district in which Becker was convicted and is incarcerated. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Becker seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*